IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LATISHA J. JOHNSON                                                                                    PLAINTIFF

v.                                            4:07CV01061-WRW

WAL-MART and DAVID PASSALAQUA                                                           DEFENDANTS

## JUDGMENT

Based on the Order entered today, this case is DISMISSED.

IT IS SO ORDERED this 31st day of July, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE